*1053082186*

FILED IN DISTRICT COURT
OKLAHOMA COUNTY

SEP 29 2022

RICK WARREN
COURT CLERK
126

**DISTRICT COURT OF OKLAHOMA COUNTY**
**STATE OF OKLAHOMA**

**BOBBY AND LINDA ROSS,**

*Plaintiffs,*

*v.*

**STATE FARM FIRE AND CASUALTY COMPANY and TODD BROWN,**

*Defendants.*

Civil Action No: CJ-2022-2511

**JOURNAL ENTRY**

NOW on this18th day of August, 2022, the above-styled and numbered cause came before the undersigned Judge concerning Defendant State Farm Fire and Casualty Company's Motion to Dismiss, as joined and adopted by Defendant Todd Brown. All parties are present and appear by and through their counsel. Having considered the pleadings and oral arguments of all parties, the Court holds as follows:

1. The Court finds this action was rightly brought in Oklahoma County and venue is proper as to all Defendants in Oklahoma County.
2. The Court finds Plaintiffs have sufficiently alleged all averments necessary to sufficiently plead fraud and fraudulent concealment in their Petition, consistent with the requirements of 12 O.S. § 2009(B).
3. The Court finds issues of fact relating to the one-year Policy Suit Limitation and/or applicable Statute of Limitations present questions of fact that cannot be decided at the pleading stage.

EXHIBIT
1

Wherefore, the above findings considered, the Court hereby finds, orders, adjudges and decrees that Defendant State Farm Fire and Casualty Company's Motion, as joined and adopted by Defendant Todd Brown, should be and is **DENIED**. Defendant State Farm Fire and Casualty Company and Defendant Todd Brown shall answer within twenty (20) days from the date of said hearing and/or before September 7, 2022.

**IT IS SO ORDERED.**

Dated this 26th day of September, 2022.

Aletia Haynes Timmons
Hon. Aletia Haynes Timmons
Judge of the District Court
CJ-2022-2511

**AGREED AS TO FORM:**

Jeff D. Marr, OBA No. 16080
Carole Dulisse, OBA No. 18047
Marr Law Firm
4301 Southwest Third Street, Suite 110
Oklahoma City, OK 73108
Telephone: (405) 236-8000
Facsimile: (405) 236-8025
Email: jeffdmarr@marrlawfirm.com
cdulisse@marrlawfirm.com

Michael Burrage, OBA #1350
Reggie Whitten, OBA #9576
J. Revell Parrish, OBA #30205
Whitten Burrage
512 N. Broadway Avenue, Suite 300
Oklahoma City, OK 73102
405/516-7800 Telephone
405/516-7859 Telecopier
Email: mburrage@whittenburragelaw.com
rwhitten@whittenburragelaw.com
rparrish@whittenburragelaw.com

Nick Marr, OBA No. 34284
Ashton Poarch OBA No. 34308
**NIX PATTERSON, LLP**
512 N. Broadway Ave.
Suite 200
Oklahoma City, OK 73102
Telephone: 405.516.7800
Facsimile: 512.328.5335
Email: nmarr@nixlaw.com
apoarch@nixlaw.com

Chad E. Ihrig, OBA No. 19491
**NIX PATTERSON, LLP**
8701 Bee Cave Road,
Building 1, Suite 500
Austin, Texas 78746
Telephone: 512.328.5333
Facsimile: 512.328.5335
Email: cihrig@nixlaw.com
*Attorneys for Plaintiffs*

Lance Leffel, OBA No. 12255
Ashlyn M. Smith, OBA No. 34025
GABLE GOTWALS
499 W. Sheridan Avenue, Suite 2200
Oklahoma City, OK 73102-7255
Telephone: (405) 235-5500
Facsimile: (405) 235-2875
Email: lleffel@gablelaw.com
asmith@gablelaw.com
*Attorneys for Defendants State Farm & Todd Brown*