FILED IN DISTRICT COURT
OKLAHOMA COUNTY

NOV 13 2025

RICK WARREN
COURT CLERK
125 ______

**IN THE DISTRICT COURT OF OKLAHOMA COUNTY**
**STATE OF OKLAHOMA**

**TOBY and LAURA LEA MAHER,**

***Plaintiffs,***

**v.**

**STATE FARM FIRE AND CASUALTY COMPANY and TERRY M. AMACHER, an individual,**

***Defendants.***

**CASE NO. CJ-2024-8245**
***Judge Don Andrews***

**JOURNAL ENTRY**

---

NOW on this 13th day of November, 2025, this matter was set for hearing on Defendant State Farm Fire and Casualty Company's ("State Farm") Partial Motion to Dismiss and Brief in Support. The court, having carefully reviewed the briefs and hearing argument of counsel, finds as follows:

1. State Farm's Motion to Dismiss Petition and Brief in Support is DENIED.

IT IS SO ORDERED.

______________________________
THE HONORABLE DON ANDREWS
DISTRICT COURT JUDGE

CERTIFIED COPY
AS FILED OF RECORD
IN DISTRICT COURT

NOV 13 2025

RICK WARREN COURT CLERK Oklahoma County

EXHIBIT
2

APPROVED AS TO FORM:

Reggie N. Whitten, OBA No. 9576
Michael Burrage, OBA No. 1350
Blake Sonne, OBA No. 20341
Hannah Whitten, OBA No. 35261
John S. Sanders, OBA No. 34990
Jake Denne, OBA No. 35097

**Whitten Burrage**
512 North Broadway Avenue, Suite 300
Oklahoma City, OK 73102
Office: 405.516.7800
Facsimile: 405.516.7859
rwhitten@whittenburragelaw.com
mburrage@whittenburragelaw.com
bsonne@whittenburragelaw.com
hwhitten@whittenburragelaw.com
jsanders@whittenburragelaw.com
jdenne@whittenburragelaw.com

***Attorneys for Plaintiffs***

Lance E. Leffel
Ashlyn Smith, OBA No. 34025
GABLE GOTWALS
BOK Park Plaza
499 W. Sheridan Ave.
Suite 2200
Oklahoma City, OK 73102
lleffel@gablelaw.com

-and-

Carrie B. McNeer
Grant A. Fitz
GABLE GOTWALS
110 N. Elgin Avenue
Suite 200
Tulsa, OK 74120-1490
cmcneer@gablelaw.com

gfitz@gablelaw.com

***Attorneys for Defendants***