FILED IN DISTRICT COURT
OKLAHOMA COUNTY

JAN -6 2026

RICK WARREN
COURT CLERK
109 ____

**IN THE DISTRICT COURT OF OKLAHOMA COUNTY**
**STATE OF OKLAHOMA**

**DUANE and SUE YOST,**

***Plaintiffs,***

**v.**

**STATE FARM FIRE AND CASUALTY COMPANY and MIKE TEAGUE, an individual,**

***Defendants.***

**CASE NO. CJ-2025-2576**

**JOURNAL ENTRY**

---

NOW on this ~~5th~~ 6 day of January, 2025, this matter was set for hearing on Defendant Mike Teague's ("Teague") Motion to Dismiss and Brief in Support and Defendant State Farm Fire and Casualty Company's ("State Farm") Partial Motion to Dismiss and Brief in Support. The court, having carefully reviewed the briefs and hearing argument of counsel, finds as follows:

1. Teague's Motion to Dismiss Petition and Brief in Support is DENIED.
2. State Farm's Partial Motion to Dismiss Petition and Brief in Support is DENIED.
3. Defendants are granted 20 days leave to file an Answer, respectively.

IT IS SO ORDERED.

[signature]
THE HONORABLE ANTHONY BONNER
DISTRICT COURT JUDGE

CERTIFIED COPY
AS FILED OF RECORD
IN DISTRICT COURT
JAN -6 2026
RICK WARREN COURT CLERK Oklahoma County
[signature]

EXHIBIT
3

APPROVED AS TO FORM:

Reggie N. Whitten, OBA No. 9576
Michael Burrage, OBA No. 1350
Blake Sonne, OBA No. 20341
Hannah Whitten, OBA No. 35261
John S. Sanders, OBA No. 34990
Jake Denne, OBA No. 35097
**Whitten Burrage**
512 North Broadway Avenue, Suite 300
Oklahoma City, OK 73102
Office: 405.516.7800
Facsimile: 405.516.7859
rwhitten@whittenburragelaw.com
mburrage@whittenburragelaw.com
bsonne@whittenburragelaw.com
hwhitten@whittenburragelaw.com
jsanders@whittenburragelaw.com
jdenne@whittenburragelaw.com

***Attorneys for Plaintiffs***

Lance E. Leffel
Ashlyn Smith
GABLE GOTWALS
BOK Park Plaza
499 W. Sheridan Ave.
Suite 2200
Oklahoma City, OK 73102
lleffel@gablelaw.com
-and-
Carrie B. McNeer
Grant A. Fitz
GABLE GOTWALS
110 N. Elgin Avenue
Suite 200
Tulsa, OK 74120-1490
cmcneer@gablelaw.com
gfitz@gablelaw.com

***Attorneys for Defendants***