FILED IN DISTRICT COURT
OKLAHOMA COUNTY

MAR 31 2026

RICK WARREN
COURT CLERK
41

IN THE DISTRICT COURT OF OKLAHOMA COUNTY
STATE OF OKLAHOMA

WALTER K. WEBER, )
Plaintiff, )
vs. )
STATE FARM FIRE AND CASUALTY COMPANY; and CHERIE R. LOGAN, )
Defendants. )

Case No. CJ-2025-2575

JOURNAL ENTRY

NOW on this 31st day of March, 2026, this matter was set for hearing on Defendant State Farm Fire and Casualty Company's Partial Motion to Dismiss and Brief in Support. The Court, having carefully reviewed the briefs and hearing argument of counsel, finds as follows:

1. State Farm's Partial Motion to Dismiss Petition and Brief in Support is DENIED.
2. Defendants are granted 20 days leave to file an Answer, respectively.

IT IS SO ORDERED.

AMY PALUMBO

The Honorable Amy Palumbo
Judge of the District Court

CERTIFIED COPY
AS FILED OF RECORD
IN DISTRICT COURT
MAR 31 2026
RICK WARREN COURT CLERK Oklahoma County
Rick Warren

EXHIBIT
4

APPROVED AS TO FORM:

| | |
|---|---|
| JOE E. WHITE, JR. OBA #12930<br>CHARLES C. WEDDLE III OBA #18869<br>WHITE & WEDDLE, P.C.<br>630 N.E. 63rd Street<br>Oklahoma City, Oklahoma 73105<br>(405) 858-8899 Telephone<br>(405) 858-8844 Facsimile<br>joe@whiteandweddle.com<br>charles@whiteandweddle.com<br><br>AND<br><br>Reggie N. Whitten, Esq.<br>Michael Burrage, Esq.<br>Hannah E. Whitten, Esq.<br>John S. Sanders, Esq.<br>Jake Denne, Esq.<br>WHITTEN BURRAGE<br>512 N. Broadway Ave., Suite 300<br>Oklahoma City, OK 73102<br>rwhitten@whittenburragelaw.com<br>mburrage@whittenburragelaw.com<br>hwhitten@whittenburragelaw.com<br>jsanders@whittenburragelaw.com<br>jdenne@whittenburragelaw.com<br><br>*Attorneys for Plaintiff* | Carrie B. McNeer, Esq.<br>GABLEGOTWALS<br>110 N. Elgin Avenue, Suite 200<br>Tulsa, OK 74120-1490<br>cmcneer@gablelaw.com<br><br>and<br><br>Lance E. Leffel, Esq.<br>Ashlyn M. Smith, Esq.<br>GABLEGOTWALS<br>BOK Park Plaza<br>499 W. Sheridan Ave., Suite 2200<br>Oklahoma City, OK 73102<br>lleffel@gablelaw.com<br>asmith@gablelaw.com<br><br>*Attorneys for Defendants* |