StateFarm

RBZ000I5

State Farm Fire and Casualty Company

# Fire Claim File Print

# File History Information

Route To:

## BASIC CLAIM INFORMATION

**Claim Number:** 36-M457-4T8
**Date of Loss:** 06-15-2023
**Policy Number:** 36-CV-G675-2
**Named Insured:** NGUYEN, QUAN

## FILE HISTORY

### File History - File Notes

07-14-2025 - 6:15 PM CDT **Performer:** Richwine, Carmen **Office:**PROX
**File Note:** Review
**Participant:** **COL / Line (Participant):** 35 / 001(Named Insured(s))
**Category:** Management **Sub Category:**

Reassigned to CS Shed. EC Suit.

Matter opened.

Recal 60 days.

07-02-2025 - 4:41 PM CDT **Performer:** Fetherston, Ricky **Office:**FIREPROP
**File Note:** File Review
**Participant:** **COL / Line (Participant):** 35 / 001(Named Insured(s))
**Category:** Management **Sub Category:**

claim reopened due to court docs now in claim for review
reviewed claim history and claim majority handled in ownership then to HRU
based all handling inspection, estimate and settlement with Ownership, claim being reassigned back to Ownerhsip to review new mail and conclude all handling

06-19-2025 - 2:44 PM CDT **Performer:** Mueller, Logan **Office:**FIREPROP
**File Note:** claim note
**Participant:** **COL / Line (Participant):** 35 / 001(Named Insured(s))
**Category:** Pending, Claim Note **Sub Category:**

claim weaponed due to new mail-CTR requested copy of SFE. CTR submitted NI signed authorization to work with SF

copy of CCFD sent to Trent with Raise Da Roofing and NI

NFH. reclosing claim. new mail to reopen

RCBs are available

06-12-2025 - 11:37 AM CDT **Performer:** Marsh, Tiffany **Office:**FIREPROP
**File Note:** IBC
**Participant:** QUAN NGUYEN **COL / Line (Participant):**
**Category:** Fire Estimatics, Contact - Inbound Call **Sub Category:**



EXHIBIT 1



STATE FARM CONFIDENTIAL INFORMATION
Distribution on a Business Need to Know Basis Only

CS Working ACD Line
- CS rec'd call from ctr Trent requesting a copy of the SFE. Ctr stated SFE was misplaced by NI
- CS advised ctr that I could send the NI the SFE and he could request it from the NI
- Ctr u/s thanked CS and call ended mutually
- CS emailed CCFD to NI QUANNG67@GMAIL.COM
- CS exiting claim

12-04-2024 - 9:26 AM CST **Performer:** Camp, David **Office:**PROX
**File Note:** Updated Estimate
**Participant:** **COL / Line (Participant):** 35 / 001(Named Insured(s))
**Category:** Payments **Sub Category:**

Called Mr. Nguyen and explained updated scope, estimate, draft, deprecation, RCB and SDCP. Explained that screens and comb ac were added to estimate. Explained that the roof was not totaled, he explained he is talking to an attorney and that they said they can get roof paid for 100% and take half of settlement. Explained I am not an attorney and would not want to give any legal advice. Explained that 1st ACS did not find hail damage to shingles and that we hired an independent engineer to inspect for hail damages

12-04-2024 - 9:22 AM CST **Performer:** Camp, David **Office:**PROX
**File Note:** Agent
**Participant:** **COL / Line (Participant):** 35 / 001(Named Insured(s))
**Category:** Agency Contact **Sub Category:**

Called and spoke with Holly (DC9X) explained that roof was not totaled.

12-04-2024 - 8:24 AM CST **Performer:** Camp, David **Office:**PROX
**File Note:** Engineer Report
**Participant:** QUAN NGUYEN **COL / Line (Participant):**
**Category:** Investigation **Sub Category:**

Emailed engineer report to PH.

11-23-2024 - 7:07 AM CST **Performer:** Camp, David **Office:**PROX
**File Note:** Pending
**Participant:** **COL / Line (Participant):** 35 / 001(Named Insured(s))
**Category:** Pending **Sub Category:**

PENDING File Note
Cov A: Finish reviewing the engineer report, update the estimate and letter.
Cov B: None
Cov C: None
Sub: None
Mortgagee (Dollar One Y/N): N

11-23-2024 - 7:05 AM CST **Performer:** Camp, David **Office:**PROX
**File Note:** Engineer
**Participant:** **COL / Line (Participant):** 35 / 001(Named Insured(s))
**Category:** Payments **Sub Category:**

Paid engineer billing.

10-16-2024 - 11:15 PM CDT **Performer:** Camp, David **Office:**PROX
**File Note:** Engineer
**Participant:** **COL / Line (Participant):** 35 / 001(Named Insured(s))
**Category:** Investigation **Sub Category:**

Email engineer inspection set for 11/7/24 12-1pm.

10-10-2024 - 6:28 PM CDT **Performer:** Camp, David **Office:**PROX
**File Note:** Call
**Participant:** **COL / Line (Participant):** 35 / 001(Named Insured(s))
**Category:** Contact - Outbound Call **Sub Category:**

Call from Mr. Nguyen asking about engineer. Noted new mail in CO name, took ownership of claim. Sent approval to engineer and asked if the can call tomorrow.

10-01-2024 - 5:55 PM CDT **Performer:** Camp, David **Office:**PROX
**File Note:** Engineer



STATE FARM CONFIDENTIAL INFORMATION
Distribution on a Business Need to Know Basis Only

**Participant:** PRONET GROUP, INC **COL / Line (Participant):** 35 / 001(Named Insured(s))
**Category:** Investigation **Sub Category:**

Using the engineer tool hired the 6th one off the list as they are the 1st with availability in our area. Called Mr. Nguyen and explained a engineer will be calling to set inspection.

10-01-2024 - 3:46 PM CDT **Performer:** Taylor, Jason **Office:**PROX
**File Note:** RE:2SS
**Participant:** **COL / Line (Participant):** 35 / 001(Named Insured(s))
**Category:** Investigation **Sub Category:**

Steep team does not see good access points.

Let's send this one to an engineer.

Cal 30

09-28-2024 - 11:04 AM CDT **Performer:** Camp, David **Office:**PROX
**File Note:** 2SS
**Participant:** **COL / Line (Participant):** 35 / 001(Named Insured(s))
**Category:** Investigation **Sub Category:**

2nd inspection in Lawton 11/12 with two story portion. 2SS steep assist available?

09-28-2024 - 7:28 AM CDT **Performer:** Torres, Haley **Office:**WHRUREC
**File Note:** New Mail Task
**Participant:** **COL / Line (Participant):** 35 / 001(Named Insured(s))
**Category:** Investigation **Sub Category:**

-CH Hicks accepted mail and meant to send to field to determine if additional inspection is warranted or not
-Claim was routed incorrectly
-SF employee went out and took photos therefore TM approval is not needed if CH feels additional inspection maybe necessary
-CH sending ACH task to field to determine if additional inspection is warranted or not
-Field adjuster will report findings to NI regarding decision

09-27-2024 - 3:41 PM CDT **Performer:** Camp, David **Office:**PROX
**File Note:** 2SS 11/12 Lawton
**Participant:** **COL / Line (Participant):** 35 / 001(Named Insured(s))
**Category:** Investigation **Sub Category:**

2nd inspection in Lawton 11/12 with two story portion. 2SS steep assist available?

09-24-2024 - 11:58 AM CDT **Performer:** Cliff, Chris **Office:**PROPWCCS
**File Note:** MOAR
**Participant:** QUAN NGUYEN **COL / Line (Participant):** 35 / 001(Named Insured(s))
**Category:** Management **Sub Category:**

MOAR

Hail claim incorrectly routed to In-office; reassigned back to CS Hicks to review & request 2nd inspection from TM & assign to proximity ownership if 2nd inspection approved.

09-23-2024 - 9:22 AM CDT **Performer:** Hicks, Angelica **Office:**WHRUREC
**File Note:** Claim Note
**Participant:** QUAN NGUYEN **COL / Line (Participant):** 35 / 001(Named Insured(s))
**Category:** Contact - Inbound Call, Claim Note **Sub Category:**

- NI called in to check the status on reinspection- CS reviewed no mention of. CS resent for inspection as first one was probably sent wrong.

09-11-2024 - 2:24 PM CDT **Performer:** Aldrich, Jonathon **Office:**PROPHCCS
**File Note:** Pending
**Participant:** QUAN NGUYEN **COL / Line (Participant):** 35 / 001(Named Insured(s))
**Category:** Pending **Sub Category:**



STATE FARM CONFIDENTIAL INFORMATION
Distribution on a Business Need to Know Basis Only

PENDING File Note
Cov A: 2nd ACH Inspection, SFE
Cov B:
Cov C:
Sub:
Mortgagee (Dollar One Y/N):

09-11-2024 - 10:02 AM CDT **Performer:** Hicks, Angelica **Office:**WHRUREC
**File Note:** Authority
**Participant:** **COL / Line (Participant):** 35 / 001(Named Insured(s))
**Category:** Claim Note, Authority **Sub Category:**

Authority

COL: 35
Comment Code: HL

CS requesting 2nd inspection for the following reasons:

- Accuweather shows 2.25 or greater on 06/15/2023
- Photos shows hail damage to the roof

Additional Information:

08-22-2024 - 3:36 PM CDT **Performer:** Koosmann, Debbie **Office:**WHRUREC
**File Note:** Contact
**Participant:** QUAN NGUYEN **COL / Line (Participant):** 35 / 001(Named Insured(s))
**Category:** Contact - Inbound Call **Sub Category:**

CS working HRU phones
RCF PH who was calling about the additional inspection
CS reviewed ECS file note dated 07/17/2024 with PH
CS advised SF received CTRE today but that there were no photos received.
PH spoke with CTR who advised that photos were submitted today.
CS told PH that CS would email a link to CTR to upload the photos
PH stated understanding
Call ended
CS email CX link to CTR
CS received & labeled CTR docs
CS reclosed the claim.

08-14-2024 - 10:27 AM CDT **Performer:** Wells, Todd **Office:**WHRUREC
**File Note:** IBC
**Participant:** **COL / Line (Participant):** 35 / 001(Named Insured(s))
**Category:** Contact - Inbound Call **Sub Category:**

IBC PH
Quan

Will be out of the country 9/9/2024 - 2 weeks to a month.

Gave CH contact information

Requesting call back.

07-31-2024 - 9:43 AM CDT **Performer:** Smith, Julia **Office:**PROPWCCS
**File Note:** Call from CTR
**Participant:** **COL / Line (Participant):**
**Category:** Contact - Inbound Call **Sub Category:**

Assisting ACD. Received call from CTR Trent from Raise the Roof inquiring about reinspection. Informed him supporting docs were requested but not received.

07-17-2024 - 12:19 PM CDT **Performer:** ODell, Braeden **Office:**PROX
**File Note:** NI and CTR requesting update



STATE FARM CONFIDENTIAL INFORMATION
Distribution on a Business Need to Know Basis Only

**Participant:** QUAN NGUYEN **COL / Line (Participant):** 35 / 001(Named Insured(s))

**Category:** Contact **Sub Category:**

Met with CTR (Trent w/ Raise Da Roofing) and NI at another property with different NI. Told them I would check the status of 2nd inspection request. It appears previous CS working claim did not think photos supported 2nd inspection and was not able to reach NI about decision. Told NI and CTR to resubmitt CTRE and supporting photos of hail damage for HRU to further review 2nd inspection request. They both understood.

06-18-2024 - 3:15 PM CDT **Performer:** Hicks, Angelica **Office:**WHRUREC

**File Note:** Claim Notes

**Participant:** **COL / Line (Participant):** 35 / 001(Named Insured(s))

**Category:** Contact - Outbound Call, Claim Note **Sub Category:**

- CS reviewed new mail CTR asking for a 2nd inspection-photos doesn't support additional inspection
- CS calling CTR to adv of decision no answer
- CS sent odm & claims hub link
- CS called NI no answer
- CS closing mail new mail will reopen

10-16-2023 - 2:36 PM CDT **Performer:** Morthland, Jason **Office:**WCCSSTWD

**File Note:** New Mail

**Participant:** RESCOM ROOFING & CONSTRUCTION **COL / Line (Participant):**

**Category:** Assignment Claim Handling **Sub Category:**

CS assisting CO:

Claim Task: New mail.

CS accepted CTRE for TRR in the amount of $58,158.84

In review TRR not warranted.

Re-closing claim: New mail to re-open.

10-16-2023 - 2:34 PM CDT **Performer:** Morthland, Jason **Office:**WCCSSTWD

**File Note:** Inbound Call - CTR

**Participant:** RESCOM ROOFING & CONSTRUCTION **COL / Line (Participant):**

**Category:** Contact - Inbound Call **Sub Category:**

CS working ACD rec' IBC from CTR calling in to check status of CTRE submitted on 09/28/23 for TRR in the amount of $58,158.84.

CS reviewed inspection note and SFE and informed TRR not warranted based on damage found. CTR disagrees and asked what's the next step. CS informed CTR can only provide information as to status of claim and what SFE written for. CTR u/s, mutual thanks and ended the call.

09-10-2023 - 12:18 PM CDT **Performer:** Washington, Julia **Office:**WCCSNP

**File Note:** Added Participant

**Participant:** GENE KNAPP **COL / Line (Participant):**

**Category:** Claim Note **Sub Category:**

IAVR Assist

- IAVR added Ctr Gene Knapp to participants

09-07-2023 - 11:58 AM CDT **Performer:** Brooks, John **Office:**WDOKTUL

**File Note:** Pending

**Participant:** **COL / Line (Participant):**

**Category:** Pending **Sub Category:**



STATE FARM CONFIDENTIAL INFORMATION
Distribution on a Business Need to Know Basis Only

Closing Claim

COL 35/001 Paid

Pending:
- None

09-07-2023 - 11:57 AM CDT **Performer:** Brooks, John **Office:**WDOKTUL
**File Note:** AO Contact
**Participant:** **COL / Line (Participant):**
**Category:** Contact **Sub Category:**
PCT AO explaining claim has been settled.

09-07-2023 - 11:57 AM CDT **Performer:** Brooks, John **Office:**WDOKTUL
**File Note:** Settlement
**Participant:** **COL / Line (Participant):**
**Category:** Contact **Sub Category:**
PCT PH Quan Nguyen reviewing SFE, SFSDCP, how to obtain RCBs, and what to do if higher estimate received.

08-26-2023 - 12:26 AM CDT **Performer:** Brooks, John **Office:**WDOKTUL
**File Note:** INSPECTION LOG
**Participant:** **COL / Line (Participant):**
**Category:** Investigation **Sub Category:**
Met with (PH, Ctr name, if applicable): PH Quan Nguyen and CTR Gene Knapp w/ Rescom.
Date/Time: 8/25 @ 12PM
Coverage A - Narrative of damages if not documented in roof scope sheet and/or exterior scope sheet(s)
Class 4 Hail Resistive Class identified on Policy Screen: (Y/N): N
Roof: Laminated class 4 shingle. Throughout entire roof inspection revealed (1) hail dmg shingle on front slope. CTR circled several marks that he stated were "hail bruises" but shingle displayed no signs of bruising or fractured matting. Also noted hail dmg to soft metal including open w-valley and standing seam metal bay roof.
Exterior: Noted hail dmg to gutters, downspouts, and OH doors on rear elevation.
Other Structures: Noted hail dmg to stain finish of (2) pergolas, and greenhouse.
Interior: No ADPL to any PP.
Labor minimums: All labor minimums reviewed and toggled off where applicable.
GCO&P: Not warramted, repairs lack complexity and does not require coordination as no trades overlap one another.
Depreciation (Y/N): All depreciation applied based on age per conversation w/ PH.
Replacement Cost paid (Y/N): N
Contract in File Documentation (Y/N): N
Verbal confirmation of contract (Y/N): N
Coverage B - Personal Property: No ADPL to any PP per PH
Coverage C – Additional Living Expense (ALE): N/A, dwelling habitable.
Sub/Salvage: No potential for sub, weather related. No value in salvage.
Prior Claims: None
Reviewed findings with PH explaining next steps of claim handling process.

08-23-2023 - 10:54 AM CDT **Performer:** Freehill, Brandon **Office:**WCCSSTWD
**File Note:** Contact - Inbound Call
**Participant:** **COL / Line (Participant):** 35 / 001(Named Insured(s))
**Category:** Contact - Inbound Call **Sub Category:**
TCF Rescom Roofing, TT Kyle, he asked status of this claim. Advised we have inspection scheduled for 8/25 with a CTR named Billy Dean. Kyle will check w/ NI to see if he switched CTR's. He thanked.

08-21-2023 - 2:12 PM CDT **Performer:** Brooks, John **Office:**WDOKTUL
**File Note:** Contact
**Participant:** **COL / Line (Participant):**
**Category:** Contact **Sub Category:**



STATE FARM CONFIDENTIAL INFORMATION
Distribution on a Business Need to Know Basis Only

PCT CTR Billy Dean explaining roof needs to be inspected and collateral dmg not enough for PLH. CTR stated to go ahead and inspect roof without him and that he already inspected roof and did not find much.

Set inspection for 8/25 @ 12PM.

08-15-2023 - 11:49 PM CDT **Performer:** Arnold, Marcus C **Office:**WDOKTUL

**File Note:** MOAR

**Participant:** **COL / Line (Participant):**

**Category:** Management **Sub Category:**

Inspection was completed on 7/6, over 30 days and no settlement has occured. CO upload SFE and inspection summary immediately and bring resolution to claim. Handle accordingly.

MGMT: Reviewed claim for current activity.
Appropriate calendars and current pending file note set.
CO to continue to handle as outlined and move claim towards conclusion.

Reset mgmt calendar for follow up.

06-29-2023 - 11:54 AM CDT **Performer:** Washington, Julia **Office:**WCCSNP

**File Note:** Labeled New Mail

**Participant:** **COL / Line (Participant):**

**Category:** Claim Note **Sub Category:**

Labeled New Mail
- Eagleview Report
- note sent to CO for review

06-28-2023 - 6:59 PM CDT **Performer:** Brooks, John **Office:**WDOKTUL

**File Note:** QFC

**Participant:** QUAN NGUYEN **COL / Line (Participant):**

**Category:** Quality First Contact **Sub Category:**

Fire Property QFC - Hail

Policy Type: Homeowners
Prior Related Losses/ISO Details:
- Prior Related Losses/ISO Details: No Related Prior

Number of Stories: 1 story
Roofing/Siding Type: Comp/Brick
Steep/Walkable: Walkable
Age of Roofing/Siding: 24yo
AccuWeather Report Details:
- Hail size 2.25” or greater

Narrative Description of Damages: Hail dmg to roof, gutters.
Mitigation Performed: None
Building Habitability: Yes
Personal Property Damage: None
Coverage C - ALE Status, if uninhabitable: N/A
Power Outage: None
Subrogation: No potential for sub, weather related.
Mortgage Company, Dollar One (yes/no): N/A
Ctr Name (if applicable): None
Ctr Added to Participants (yes/no): No
Inspection Options (FIOT):
1. Proximity

REIAP utilized? (yes/no): No
Explanation of claim handling process/next steps: Explained next streps and claim handling process to PH.

Set inspection for 7/6 @ 9-10AM.

**File History - File Note System Generated**



STATE FARM CONFIDENTIAL INFORMATION
Distribution on a Business Need to Know Basis Only